**Kingdom Purpose Ministries**
RELEASING A RIVER OF LIFE
EZEKIEL 47:8-9
Pastors:
Byron & Carol Cooper
S.O.R.

1501 Versailles Road, Lexington, KY   Ph. (859) 226-0858
kingdompurposeministries@windstream.net

Eastern District of Kentucky
FILED
JUN 0 2 2008
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Wednesday, May 07, 2008

Honorable Judge Koffman,

My name is Pastor Byron Cooper, Founder of the Source of Restoration Program (S.O.R.). You may remember me from a previous case of yours with Mr. Dewayne Boyd. I am writing to you on the behalf of Mr. James "Jim" Gormley. I've known Mr. Gormley for about six months since his release from prison. I do not believe that he has a mental problem but instead one of anger. He was mistreated in prison for those seven years, has lost the ultimate means of financially providing for himself, nor has he been able to see his only daughter since her birth. I believe that a proper healing process has not taken place. Although this is not an excuse for his behavior it is a reason why the actions of Mr. Gormley are being demonstrated. If he could get Christian counsel he can come through the healing process, and I would be more than willing to offer Mr. Gormley my time. I do not believe that extra prison time is the answer because it is the problem which he faces today. These are a few judges who may be contacted to vouch for my credibility and character if needed: Judge Pamela Goodwine, Judge Lucinda Masterson, Justice Mary Noble, Judge Isaac and Judge Clark. Thank you for your time.

Sincerely,

Pastor Byron Cooper
(859) 226-0858
KingdomPurposeMinistries@windstream.net