UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 08-misc-05004

UNITED STATES OF AMERICA,                                                                    PLAINTIFF,

V.                                              **ORDER**

JAMES GORMLEY,                                                                                DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

On September 3, 2008, at Lexington, came the United States of America, by counsel, Assistant United States Attorney Robert Kennedy McBride. The defendant, James Gormley, was present, in custody and proceeding pro se. Pam Ledgewood was present as standby counsel for the defendant. United States Probation Officer Kristen O'Brien was also present. This matter was called for a hearing on violations of the conditions of supervised release. These proceedings were recorded by official court reporter, Peggy Weber.

The defendant having made oral motions; and the court having heard from counsel, the defendant, and Kristen O'Brien; and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The oral motion of the defendant to have another attorney other than Pam Ledgewood appointed to represent him is **DENIED**. The court having given the defendant the options to proceed pro se, pro se with standby counsel or with Ms. Ledgewood as lead counsel, the defendant chose to proceed pro se with Pam Ledgewood as standby counsel.

(2) The oral motion of the defendant for a continuance of this hearing is **DENIED**.

(3) The court having accepted the written report by the Federal Bureau of Prisons summarizing the mental health evaluation of the defendant, the defendant is competent to proceed in this matter.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant's supervised release is not revoked at this time and, James Gormley, shall continue under the current terms and conditions of supervision with the additional special conditions as follow:

(1) The defendant shall not seek employment in any law related field unless approved in advance by the United States Probation officer.

(2) The defendant shall participate in a program of mental health counseling to include domestic violence counseling at the direction and discretion of the probation officer until such time as the defendant is released from the program by the probation officer. The United States Probation Office shall have access to the defendant's diagnosis, his general progress, and a record of his appointments, (as scheduled, whether kept or canceled or rescheduled, etc.), but the United States Probation Office shall not have access to privileged communications between patient and therapist.

(3) The defendant shall continue to take all medication as prescribed.

(4) The defendant is to have no contact with Erin DiChiara, Michelle Rivers, Allison Herring, and Julie Quarles, or any of their family members. Court proceedings involving Michelle Rivers or her family members are an exception to this condition.

(5) The defendant is not authorized to travel to Atlanta, Georgia, with two exceptions, he may travel there for court appearances, and he may travel to Atlanta as approved in advance by the United States Probation Office, to clear out his storage unit on one trip.

(6) The defendant shall not physically or verbally abuse his mother, Betty Gormley, in any way.

(7) The defendant shall have no contact with the United States Attorney's Office in the Eastern District of Kentucky unless granted permission to do so by the Court.

(8) The defendant may not open any new lines of credit without prior approval of the probation officer.

(9) The defendant must reside in a residence approved by the probation officer; and

(10) The defendant shall reside and participate in the Kingdom Purpose Ministries program until other arrangements are made and approved by the

probation officer.

**IT IS FURTHER ORDERED** that all exhibits received by the court, having been withdrawn, are returned to the United States.

**IT IS FURTHER ORDERED** that the defendant is released from the custody of the United States Marshal's Service to report to the United State's Probation Office in order to make arrangements with the Kingdom Purpose Ministries program.

TIC: 1 hour: 20 minutes

Signed on  September 9, 2008



JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY